| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Marvel, L Paige | 2. Court or Organization United States Tax Court | 3. Date of Report 11/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

UNITED STATES TAX COURT
400 SECOND STREET, N.W.
WASHINGTON, D.C. 20217

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Partnership #1 |
| 2. | Custodian | 529 Acct. #4 |
| 3. | Trustee | REH Irrevocable Trust |
| 4. | Trustee | LHH Revocable Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Maryland State Retirement Agency distribution (457 Plan) |
| 2. 2015 | Maryland Teachers and State Employees distribution |
| 3. 2015 | Fidelity Rollover IRA distribution |
| 4. 2015 | RBC IRA distribution |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Section of Taxation | September 17-19, 2015 | Chicago, IL | Speak at CLE Program | Travel, Lodging, Food, Parking |
| 2. | ABA National Institute on Tax Controversites | December 9-11, 2015 | Las Vegas, Nevada | Speak at CLE Program | Travel, Lodging, Food, Parking |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Aspen Publishers | Complimentary copy, Mergers, Acquisitions & Buyouts, and update for prof. use | $600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington University in St. Louis | Tuition Payment Plan Loan | K |
| 2. | U.S. Dept. of Education | Student Loans | J |
| 3. | Washington University in St. Louis | Student Loans | J |
| 4. | Emory University | Student Loans | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 33% pship. interest, Margaret's Landing Partnership | | None | K | W | | | | | |
| 2. USAA Subscribers Savings Account | B | Distribution | J | T | | | | | |
| 3. USAA Fed. Savings Bank Accts. #1 | A | Interest | J | T | | | | | |
| 4. USAA Fed. Savings Bank Accts. #2 | A | Interest | J | T | | | | | |
| 5. M&T Bank accts. #1 | A | Interest | J | T | | | | | |
| 6. M&T Bank accts. #2 | A | Interest | J | T | | | | | |
| 7. T. Rowe Price Acct. (H): | | | | | | | | | |
| 8. -Growth Stock Fund | D | Distribution | L | T | Buy (add'l) | 12/14/15 | J | | |
| 9. -Maryland Bond Fund | A | Dividend | J | T | Redeemed (part) | 8/28/15 | J | | |
| 10. | | | | | Redeemed (part) | 09/24/15 | J | | |
| 11. RBC Brokerage Acct. (H): | | | | | | | | | |
| 12. -Shares, AT&T Inc. | A | Dividend | J | T | | | | | |
| 13. -Common, Bristol Myers Squibb Co. | A | Dividend | K | T | | | | | |
| 14. -Common, Centerpoint Energy Inc. | A | Dividend | J | T | | | | | |
| 15. -Shares, Covidien PLC | A | Dividend | | | Merged (with line 20) | 01/27/15 | L | E | |
| 16. -Common, Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 17. -Common, Fresenius Med Care Aktiengesellschaft ADR | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Common, General Electric Co. | A | Dividend | K | T | | | | | |
| 19. -Shares, Mallinckrodt PLC | | None | J | T | | | | | |
| 20. -Common, Medtronic PLC | A | Dividend | K | T | Open | 01/27/15 | K | | |
| 21. -Shares, Pentair PLC | A | Dividend | J | T | | | | | |
| 22. -Common, Pfizer Inc. | A | Dividend | J | T | | | | | |
| 23. -Shares, PNC Financial Services Group, Inc. | A | Dividend | J | T | | | | | |
| 24. -Shares, TE Connectivity Ltd. | A | Dividend | K | T | | | | | |
| 25. -Shares, Tyco Intl PLC (name change) | A | Dividend | J | T | | | | | |
| 26. -Shares, UDR Inc. | B | Dividend | K | T | | | | | |
| 27. -Shares, Verizon Communications | A | Dividend | J | T | | | | | |
| 28. -Shares, U.S. Govt. Money Mkt. Fund RBC Reserve Class | A | Dividend | J | T | Buy (add'l) | 01/28/15 | K | | |
| 29. | | | | | Sold (part) | 01/22/15 | J | | |
| 30. | | | | | Sold (part) | 02/27/15 | J | | |
| 31. | | | | | Sold (part) | 03/20/15 | J | | |
| 32. | | | | | Sold (part) | 03/25/15 | J | | |
| 33. | | | | | Sold (part) | 04/04/15 | J | | |
| 34. | | | | | Sold (part) | 04/04/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 04/08/15 | J | | |
| 36. | | | | | Sold (part) | 04/28/15 | J | | |
| 37. | | | | | Sold (part) | 04/04/15 | J | | |
| 38. | | | | | Sold (part) | 05/26/15 | J | | |
| 39. | | | | | Sold (part) | 06/01/15 | J | | |
| 40. | | | | | Sold (part) | 06/08/15 | J | | |
| 41. | | | | | Sold (part) | 06/08/15 | J | | |
| 42. | | | | | Sold (part) | 06/25/15 | J | | |
| 43. | | | | | Sold (part) | 07/23/15 | J | | |
| 44. | | | | | Sold (part) | 08/20/15 | J | | |
| 45. | | | | | Sold (part) | 09/22/15 | J | | |
| 46. | | | | | Sold (part) | 10/28/15 | J | | |
| 47. | | | | | Sold (part) | 11/30/15 | J | | |
| 48. | | | | | Sold (part) | 12/20/15 | J | | |
| 49.   Fidelity Brokerage Rollover IRA (H): | | | | | | | | | |
| 50.   -Fidelity New Markets Income | B | Dividend | K | T | | | | | |
| 51.   -Spartan 500 Index | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Distribution | | | | | | | |
| 53. -Fidelity Strategic Real Return | A | Dividend | J | T | | | | | |
| 54. -Fidelity Contrafund | A | Dividend | M | T | Sold (part) | 01/21/15 | J | D | |
| 55. | D | Distribution | | | | | | | |
| 56. -Fidelity Equity-Income | B | Dividend | L | T | | | | | |
| 57. | D | Distribution | | | | | | | |
| 58. -Fidelity GNMA Fund | A | Dividend | K | T | | | | | |
| 59. -Fidelity Total Bond | A | Dividend | K | T | Buy | 12/03/15 | K | | |
| 60. -Fidelity Government Income | A | Distribution | J | T | | | | | |
| 61. -Fidelity New Millenium | A | Dividend | K | T | | | | | |
| 62. | B | Distribution | | | | | | | |
| 63. -Fidelity Low-Priced Stock | B | Dividend | M | T | | | | | |
| 64. | C | Distribution | | | | | | | |
| 65. -Fidelity Select Biotechnology | D | Distribution | L | T | | | | | |
| 66. -Fairholme Fund | A | Dividend | K | T | | | | | |
| 67. | D | Distribution | | | | | | | |
| 68. -Oakmark Select I | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Loomis Sayles Bond Retail Shares | A | Dividend | K | T | | | | | |
| 70. | B | Distribution | | | | | | | |
| 71. -Pimco Real Return Class D | A | Dividend | J | T | | | | | |
| 72. -Permanent Portfolio | A | Dividend | J | T | | | | | |
| 73. | A | Distribution | | | | | | | |
| 74. -Vanguard Inflation Protected Secs. | A | Dividend | K | T | | | | | |
| 75. -Wasatch Ultra Growth | A | Distribution | J | T | | | | | |
| 76. -Wasatch International Growth | | None | K | T | | | | | |
| 77. -Common, Novocure LTD | | None | J | T | Buy | 10/15/15 | J | | |
| 78. -Shares, Seaspan Corp. | A | Dividend | J | T | | | | | |
| 79. -Shares, Berkshire Hathaway Inc. Cl B | | None | K | T | | | | | |
| 80. -CPFL Energia S A Sponsored ADR | | Dividend | | | Sold | 03/11/15 | J | | |
| 81. -Shares, EMC Corp. | A | Dividend | J | T | | | | | |
| 82. -Shares, First Tr ISE Chindia Index FD | A | Dividend | J | T | | | | | |
| 83. -Shares, Goldman Sachs Group Inc. | A | Dividend | K | T | | | | | |
| 84. -Common, Intrexon Corp. | | None | J | T | Buy | 02/26/15 | J | | |
| 85. -Shares, Greenhaven Continuous Commodity Index Fund | | None | | | Sold | 07/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ISHARES INC. MSSCI Bric Index Fund | A | Dividend | | | Sold | 07/29/15 | J | A | |
| 87. -ISHARES INC. MSCI Singapore Index FD | A | Dividend | J | T | | | | | |
| 88. -ISHARES INC. MSCI Malaysia Free Index FD | | None | | | Sold | 01/29/15 | J | A | |
| 89. -JPMorgan Chase & Co. Alerian MLP Index ETN | A | Interest | J | T | | | | | |
| 90. -Common, Lundin Mng Corp. | | None | | | Sold | 01/29/15 | J | | |
| 91. -Shares, Potash Corp Sask Inc. | | None | | | Sold | 07/29/15 | J | | |
| 92. -Shares, Vale S A ADR | | None | | | Sold | 01/29/15 | J | | |
| 93. -Shares, Wisdomtree Emerg. Mkts Equity Income Fund | A | Dividend | J | T | | | | | |
| 94. -Common, Ziopharm Oncology | | None | J | T | Spinoff (from line 84) | 06/12/15 | J | | |
| 95. -Shares, Federal Realty Invst Tr. Sh. Ben. Int. | A | Dividend | J | T | | | | | |
| 96. -Shares, Kimco Realty Corp. | A | Dividend | J | T | | | | | |
| 97. -Fidelity Cash Reserves | A | Dividend | K | T | Buy (add'l) | 01/21/15 | J | | |
| 98. | | | | | Buy (add'l) | 01/29/15 | J | | |
| 99. | | | | | Sold (part) | 03/03/15 | J | | |
| 100. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 101. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 102. | | | | | Sold (part) | 10/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/30/15 | L | | |
| 104. | | | | | Sold (part) | 12/03/15 | K | | |
| 105. T.RowePrice Rollover IRA (H): | | | | | | | | | |
| 106. -T. Rowe Price Capital Appreciation | B | Dividend | L | T | Buy (add'l) | 07/17/15 | J | | |
| 107. | D | Distribution | | | | | | | |
| 108. -Rowe Price Emerging Markets Stock | A | Dividend | K | T | | | | | |
| 109. -Rowe Price Equity Income | B | Dividend | L | T | Sold (part) | 05/11/15 | J | D | |
| 110. | C | Distribution | | | | | | | |
| 111. -Rowe Price Equity Index 500 | B | Dividend | L | T | Sold (part) | 05/11/15 | J | C | |
| 112. -Rowe Price Health Sciences | D | Distribution | L | T | | | | | |
| 113. -Rowe Price International Discovery | A | Dividend | L | T | | | | | |
| 114. | C | Distribution | | | | | | | |
| 115. -Rowe Price Latin America | | None | | | Sold (part) | 07/17/15 | J | A | |
| 116. | | | | | Sold | 10/08/15 | J | | |
| 117. -Rowe Price Mid-Cap Value | A | Dividend | K | T | | | | | |
| 118. | B | Distribution | | | | | | | |
| 119. -Rowe Price New Asia | A | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Rowe Price New Horizons | B | Distribution | K | T | | | | | |
| 121. -Rowe Price Science & Technology | A | Distribution | J | T | | | | | |
| 122. -Rowe Price Small-Cap Value | A | Dividend | K | T | | | | | |
| 123. | D | Distribution | | | | | | | |
| 124. - Rowe Price Emerging Markets Bond | B | Dividend | K | T | | | | | |
| 125. -Rowe GNMA | A | Dividend | J | T | | | | | |
| 126. -Rowe High Yield | B | Dividend | K | T | | | | | |
| 127. -Rowe US Treasury Intermediate | A | Dividend | K | T | | | | | |
| 128. | A | Distribution | | | | | | | |
| 129. -Rowe Prime Reserve | A | Dividend | K | T | Buy | 05/11/15 | J | | |
| 130. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 131. Fidelity Traditional IRA Acct. (H): | | | | | | | | | |
| 132. -Shares, CNOOC Limited ADS EACH REP 100 ORD HKDO 02 | A | Dividend | J | T | | | | | |
| 133. -Common, Berkshire Hathaway | | None | L | T | | | | | |
| 134. -Shares, Seaspan Corporation | A | Dividend | J | T | | | | | |
| 135. -Common, Vaalco Energy Inc. | | None | | | Sold | 01/23/15 | J | | |
| 136. -Common, Intrexon Corp. | | None | J | T | Buy | 02/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Common, Ziopharm Oncology Inc. | | None | J | T | Spinoff (from line 136) | 06/12/15 | J | | |
| 138. -Dreyfus Opportunisti Midcap Value CL A Fund | C | Distribution | K | T | | | | | |
| 139. -Teton Westwood Mighty Mites FD | A | Distribution | K | T | | | | | |
| 140. -Fidelity Cash Reserves | A | Dividend | J | T | Buy (add'l) | 01/23/15 | J | | |
| 141. | | | | | Sold (part) | 02/17/15 | J | | |
| 142. RBC IRA Acct. (H): | | | | | | | | | |
| 143. -Ishares Tr Nasdaq Biotech Index Fund | A | Dividend | J | T | | | | | |
| 144. -Powershares QQQ Trust Unit Ser. 1 | A | Dividend | J | T | | | | | |
| 145. MD State Retirement Plan - Sec. 457(b) Acct. (H): | | | | | Closed | 11/23/15 | L | | |
| 146. -Shares, Euro Pacific Growth Fund A | | Dividend | | | Sold | 11/23/15 | J | A | |
| 147. -Shares, PIMCO Total Return Fund | | Dividend | | | Sold | 11/23/15 | K | | |
| 148. -Shares, Vanguard Instl. Index Fund | | Dividend | | | Sold | 11/23/15 | J | | |
| 149. IRA Accts. - American Century (H): | | | | | Closed | 03/19/15 | L | | |
| 150. -Equity Income Stock Fund | | None | | | Buy (add'l) | 02/10/15 | J | | |
| 151. | | | | | Sold | 03/19/15 | K | D | |
| 152. -Emerging Markets Stock Fund | | None | | | Sold | 03/19/15 | K | C | |
| 153. -CMG Focus Fund | | None | | | Sold | 02/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  IRA Acct. - Greenspring Fund, Inc. | A | Dividend | | | Redeemed | 08/31/15 | K | E | |
| 155. | | | | | Closed | 08/31/15 | K | | |
| 156.  SEP Acct. - Greenspring Fund, Inc. | B | Dividend | | | Redeemed | 10/05/15 | K | E | |
| 157. | | | | | Closed | 10/05/15 | K | | |
| 158.  RBC Roth IRA (H): | | | | | | | | | |
| 159.  -Shares, Nationwide Mut Fds New Highmark Value FD (renamed) | A | Dividend | | | Sold | 05/14/15 | J | B | |
| 160.  -Shares, Factorshares Trust Purefunds ISE Cyber Security ETF | | None | | T | Buy | 05/04/15 | J | | |
| 161. | | | | | Sold (part) | 10/08/15 | J | | |
| 162.  Vanguard Rollover IRA (H): | | | | | | | | | |
| 163.  -Shares, Convertible Securities | A | Dividend | K | T | Buy (add'l) | 09/04/15 | J | | |
| 164. | A | Distribution | | | Buy (add'l) | 10/12/15 | J | | |
| 165.  -Shares, Dividend Growth Fund | B | Dividend | M | T | Buy (add'l) | 03/20/15 | K | | |
| 166. | C | Distribution | | | Buy (add'l) | 03/20/15 | K | | |
| 167.  -Shares, Wellesley Income Fund | B | Dividend | L | T | Buy (add'l) | 09/04/15 | K | | |
| 168. | B | Distribution | | | Buy (add'l) | 10/12/15 | J | | |
| 169.  RBC Joint Brokerage Acct. (H): | | | | | | | | | |
| 170.  -Common, Apple, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Common, Walt Disney Co. | A | Dividend | K | T | | | | | |
| 172. -Common, Tesla Motors Inc. | | None | J | T | Buy | 04/06/15 | J | | |
| 173. -US Govt. Money Market Fund RBC Reserve Class | A | Dividend | J | T | Sold (part) | 04/06/15 | J | | |
| 174. USAA Investment Acct. (H): | | | | | | | | | |
| 175. -USAA Cornerstone Moderate Fund (formerly Balanced Str.) | | None | | | Sold | 03/31/15 | J | | |
| 176. -USAA S&P 500 Index Fund | A | Dividend | | | Buy | 05/11/15 | J | | |
| 177. | | | | | Sold | 09/14/15 | J | | |
| 178. -USAA Value Fund | A | Dividend | J | T | | | | | |
| 179. | A | Distribution | | | | | | | |
| 180. RBC IRA/A Acct. (H): | | | | | | | | | |
| 181. -Shares, Advent Claymore Conv Sec & Income Fund | B | Dividend | J | T | | | | | |
| 182. -Shares, Alps ETF Tr Alerian MLP | B | Dividend | J | T | | | | | |
| 183. -Common, Amgen Inc. | A | Dividend | K | T | | | | | |
| 184. -Shares, BCE Inc. New | B | Dividend | K | T | | | | | |
| 185. -Shares, Blackrock Global Energy and Resources Trust | B | Dividend | J | T | | | | | |
| 186. -Shares, Factorshares Trust Purefunds ISE Cyber Security ETF | | None | K | T | Buy | 05/12/15 | K | | |
| 187. -Common, Caterpillar Inc. | A | Dividend | | | Sold | 06/26/15 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Note, Citigroup Inc. 6.875% SER K DEP SHS REPSTG 1/1000TH INT | B | Int./Div. | K | T | | | | | |
| 189. -Shares, Doubleline Opportunistic Credit Fund | B | Int./Div. | K | T | Buy | 02/06/15 | K | | |
| 190. -Shares, First Trust Preferred Securities & Income ETF | B | Dividend | K | T | Buy | 11/05/15 | K | | |
| 191. -Shares, Compass Diversified Trust | B | Int./Div. | | | Sold | 05/12/15 | K | C | |
| 192. -Shares, Cushing Renaissance Fund | B | Dividend | | | Sold | 05/12/15 | J | | |
| 193. -Shares, Cushing Royalty & Income Fund | A | Dividend | | | Sold | 06/26/15 | K | | |
| 194. -Shares, Eaton Vance Tax Advantaged Dividend Income Fund | B | Dividend | K | T | | | | | |
| 195. -Shares, Frontier Communications Corp Ser B | | None | | | Sold | 02/06/15 | J | B | |
| 196. -Common, General Electric Co. | A | Dividend | J | T | | | | | |
| 197. -Shares, IShares International Select Dividend ETF | B | Dividend | K | T | | | | | |
| 198. Shares, Kinder Morgan Inc. | B | Dividend | J | T | | | | | |
| 199. -Note, Lowes Cos. Inc., Due 9/15/17, 6.1% | A | Interest | K | T | | | | | |
| 200. -Shares, MFS Value Fund A | A | Dividend | K | T | Buy (add'l) | 12/11/15 | J | | |
| 201. | B | Distribution | | | | | | | |
| 202. -Common, Microsoft Corp. | A | Dividend | K | T | | | | | |
| 203. -Shares, Novartis A G ADR | A | Dividend | K | T | | | | | |
| 204. -Common, Pepsico Incorporated | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Common, Sysco Corporation | A | Dividend | J | T | | | | | |
| 206. -Common, Under Armour Inc. CL A | | None | J | T | | | | | |
| 207. -Shares, Vanguard Intl. Eq. Index FDS Emerg. Markets Fund | A | Dividend | K | T | | | | | |
| 208. -Shares, Vanguard Sector Index FDS - Vanguard Industrials ETF | B | Dividend | K | T | | | | | |
| 209. -Shares, Vanguard Sect.Index FDS Information Technology ETF | B | Dividend | L | T | | | | | |
| 210. -Common, Verizon Communications | A | Dividend | J | T | | | | | |
| 211. -Shares Victory Portfolios Munder Growth Opportunities FD C | B | Distribution | J | T | Buy (add'l) | 12/30/15 | J | | |
| 212. -Common, Welltower Inc. (formerly Health Care REIT Inc.) | B | Dividend | K | T | Buy | 09/09/15 | K | | |
| 213. -Shares, US Govt. Money Market Fund (RBC) | A | Dividend | K | T | Buy (add'l) | 01/02/15 | J | | |
| 214. | | | | | Redeemed (part) | 02/11/15 | J | | |
| 215. | | | | | Redeemed (part) | 05/15/15 | K | | |
| 216. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 217. | | | | | Buy (add'l) | 07/01/15 | L | | |
| 218. | | | | | Sold (part) | 09/30/15 | K | | |
| 219. | | | | | Sold (part) | 11/10/15 | K | | |
| 220. RBC IRA/B Acct. (H): | | | | | | | | | |
| 221. -Common, AT&T Inc. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Shares, Blackrock Resources & Commodities Strategy Trust | A | Dividend | | | Sold | 01/14/15 | J | | |
| 223. -Common, Bristol Meyers Squibb Co. | A | Dividend | K | T | | | | | |
| 224. -Common, Callaway Golf Co. | | None | | | Sold | 02/06/15 | J | | |
| 225. -Shares, Cohen & Steers Infrastructure Fund Inc. | C | Dividend | K | T | | | | | |
| 226. -Common, Eli Lilly & Co. | A | Dividend | K | T | | | | | |
| 227. -Shares, Gabelli Dividend & Inc Trust | B | Dividend | K | T | | | | | |
| 228. Shares, Gabelli Global Small & Mid Cap Value Tr Com | | None | J | T | | | | | |
| 229. -Common, General Mills, Inc. | A | Dividend | K | T | | | | | |
| 230. -Common, Gladstone Commercial Corporation | B | Dividend | J | T | | | | | |
| 231. -Common, Johnson & Johnson | A | Dividend | K | T | | | | | |
| 232. -Common, Kinder Morgan Inc. | B | Dividend | J | T | | | | | |
| 233. -Shares, Pembina Pipeline Corp. | A | Distribution | J | T | | | | | |
| 234. -Shares, Pimco Dynamic Income Fund | D | Dividend | K | T | | | | | |
| 235. | A | Distribution | | | | | | | |
| 236. -Common, Under Armour Inc. | | None | J | T | Buy | 02/06/15 | J | | |
| 237. -Shares, Vanguard World Funds- Vanguard Health Care ETF | A | Dividend | L | T | | | | | |
| 238. -Shares, Vanguard REIT ETF | A | Dividend | K | T | Buy | 01/15/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 22

Name of Person Reporting

Marvel, L Paige

Date of Report

11/10/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Shares Victory Portfolios Munder Growth Opportunities A | B | Distribution | J | T | Buy (add'l) | 12/30/15 | J | | |
| 240. -Shares, US Govt. Money Market Fund RBC Reserve Class | A | Dividend | K | T | Buy (add'l) | 01/20/15 | J | | |
| 241. | | | | | Redeemed (part) | 01/21/15 | K | | |
| 242. | | | | | Buy (add'l) | 05/15/15 | K | | |
| 243. | | | | | Redeemed (part) | 05/15/15 | K | | |
| 244. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 245. Rollover IRA - USAA FSB (H): | | | | | | | | | |
| 246. -Shares, USAA Value Fund | A | Dividend | J | T | | | | | |
| 247. Vanguard Investment Acct. (H): | | | | | | | | | |
| 248. -Shares, Inflation-Protect Sec Inv. | A | Dividend | J | T | | | | | |
| 249. -Shares, Balanced Index Fund | A | Dividend | J | T | Sold (part) | 03/06/15 | J | A | |
| 250. -Shares, Prime Money Mkt. Fund | A | Dividend | J | T | Buy | 03/06/15 | J | | |
| 251. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 252. | | | | | Sold (part) | 03/12/15 | K | | |
| 253. | | | | | Sold (part) | 12/31/15 | J | | |
| 254. -Shares, Small-Cap Value Fund | A | Dividend | J | T | | | | | |
| 255. -Shares, U.S. Growth Fund | A | Distribution | J | T | Sold (part) | 03/06/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | A | Dividend | | | | | | | |
| 257. -Shares, IShares Technology ETF | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 258. -Shares, S&P Biotech ETF | A | Dividend | | | Buy | 03/09/15 | J | | |
| 259. | | | | | Sold | 12/28/15 | J | | |
| 260. Child No. 1 RBC Acct. (H): | | | | | | | | | |
| 261. -Shares, Berkshire Hathaway CL B Inc. | | None | K | T | | | | | |
| 262. Child.No. 2 RBC Acct. (H): | | | | | | | | | |
| 263. -Shares, Berkshire Hathaway CL B Inc. | | None | K | T | | | | | |
| 264. 529 Acct. - Vanguard (Child 1): Income Fund | A | Dividend | J | T | | | | | |
| 265. REH Irrevocable Trust (H): | | | | | | | | | |
| 266. - Fidelity Inherited IRA (H): | | | | | | | | | |
| 267. --Shares, Fidelity Focused Stock Fund | A | Dividend | J | T | | | | | |
| 268. --Shares, Fidelity Low Priced Stock Fund | A | Dividend | L | T | | | | | |
| 269. --Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 270. -Promissory Note from Vicki A. Marvel, 6% | A | Interest | K | T | | | | | |
| 271. -M&T Money Market Acct. | A | Interest | L | T | | | | | |
| 272. LHH Revocable Trust (H):: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -Fidelity Roth IRA (H): | | | | | | | | | |
| 274. --Shares, Fidelity Contrafund | A | Distribution | K | T | | | | | |
| 275. --Share, Fidelity Focused Stock Fund | A | Dividend | J | T | | | | | |
| 276. --Shares, Fidelity Select Biotechnology | A | Dividend | J | T | | | | | |
| 277. -M&T Money Market Acct. | A | Interest | M | T | | | | | |
| 278. -TIC Fidelity Trust Acct (H).: | | | | | | | | | |
| 279. --Shares, Fidelity Municipal Inc. | B | Dividend | K | T | | | | | |
| 280. --Shares, Fidelity Government Income | A | Dividend | J | T | | | | | |
| 281. --Shares, Fidelity Intermediate Muni Income | A | Dividend | J | T | | | | | |
| 282. --Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 283. -Bank of Oklahoma (BOO) Checking Acct. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Marvel, L Paige | 11/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2015 Report, lines 145-157: My husband consolidated several of his retirement accounts during 2015. He arranged for the assets in each of the accounts shown on lines 145-157 to be sold, and then he transferred the cash balances to other existing IRA accounts (Fidelity and Vanguard) in order to simplify his holdings and better manage them. I have tried to describe these events accurately but, because there is no "transfer" action listed on the drop down menu, I showed several of the accounts in question as "Closed" on the header lines.

2015 Report generally: If assets appear that were not listed on my 2014 Amended Report and there is no explanation for how they got on the form, it is usually because the asset increased in value and I did not insert the obligatory (X) or (Y). I can never seem to report the ebb and flow in asset value correctly and have decided to include everything except the most de minimus of assets.

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 11/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ L Paige Marvel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544